## DAY v. STATE. (No. 6724.)

(Court of Criminal Appeals of Texas. Dec. 21, 1921.)

Criminal law ⟲1131(1)—Leave to withdraw appeal granted on affidavit in proper form.

· On affidavit in proper form, leave to withdraw an appeal will be granted, and the appeal dismissed.

Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge.

J. B. Day was convicted of theft, and he appeals. Leave to withdraw appeal granted, and appeal dismissed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Tarrant county of theft of an automobile, and his punishment fixed at two years in the penitentiary.

There appears with the record in this court the affidavit of appellant in proper form, asking leave to withdraw his appeal, which is hereby granted, and the appeal is ordered dismissed.